UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANA BENNETT, ET AL., )<br>    Plaintiffs, )<br>)<br>-v- )<br>)<br>BIRDS EYE FOODS LLC, and )<br>BIRDS EYE FOODS, INC., )<br>    Defendants. )<br>_____ ) | No. 1:10-cv-541<br><br>HONORABLE PAUL L. MALONEY |

**PARTIAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offer of judgment, and the acceptance of Plaintiffs Bennie Latham and Seretha Merritt (ECF No. 92), **JUDGMENT** is entered in favor of Plaintiffs Bennie Latham and Seretha Merritt and against Defendants in the amount of $10, including attorney's fees, with costs now accrued.

**IT IS SO ORDERED.**

Date:   April 29, 2013                                                               /s/ Paul L. Maloney
                                                                                                     Paul L. Maloney
                                                                                 Chief United States District Judge