UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANA BENNETT, ET AL., ) | |
| Plaintiffs, ) | |
| ) | No. 1:10-cv-541 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| BIRDS EYE FOODS LLC, and ) | |
| BIRDS EYE FOODS, INC., ) | |
| Defendants. ) | |
| ) | |

**PARTIAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offer of judgment, and the acceptance of Plaintiff Guadalupe Jimenez (ECF No. 94), **JUDGMENT** is entered in favor of Plaintiff Jimenez and against Defendants in the amount of $10, including attorney's fees, with costs now accrued.

**IT IS SO ORDERED.**

Date:  April 29, 2013                                     /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge