UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANA BENNETT, ET AL., <br> Plaintiffs, <br> -v- <br> BIRDS EYE FOODS LLC, and <br> BIRDS EYE FOODS, INC., <br> Defendants. | No. 1:10-cv-541 <br><br> HONORABLE PAUL L. MALONEY |

**PARTIAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offer of judgment, and the acceptance of Plaintiffs Robert and Mary Ortiz (ECF No. 96), **JUDGMENT** is entered in favor of Plaintiffs Robert and Mary Ortiz and against Defendants in the amount of $1,000.00, including attorney's fees, with costs now accrued.

**IT IS SO ORDERED.**

Date:  April 29, 2013                    /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge