UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANA BENNETT, ET AL.,<br>    Plaintiffs,<br><br>-v-<br><br>BIRDS EYE FOODS LLC, and<br>BIRDS EYE FOODS, INC.,<br>    Defendants. | No. 1:10-cv-541<br><br>HONORABLE PAUL L. MALONEY |

## PARTIAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offer of judgment, and the acceptance of Plaintiffs Wendy, Jesus, Jesus Jr., and Jessica Salazar (ECF No. 97), **JUDGMENT** is entered in favor of Plaintiffs Wendy, Jesus, Jesus Jr., and Jessica Salazar and against Defendants in the amount of $500, including attorney's fees, with costs now accrued.

**IT IS SO ORDERED.**

Date:  April 29, 2013                                      /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge