UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANA BENNETT, ET AL., )<br>  Plaintiffs, )<br> ) No. 1:10-cv-541<br>-v- )<br> ) HONORABLE PAUL L. MALONEY<br>BIRDS EYE FOODS LLC, and )<br>BIRDS EYE FOODS, INC., )<br>  Defendants. )<br>_____) | |

## PARTIAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offer of judgment, and the acceptance of Plaintiffs Schelia and Danny Sharp (ECF No. 99), **JUDGMENT** is entered in favor of Plaintiffs Schelia and Danny Sharp and against Defendants in the amount of $3,000.00, including attorney's fees, with costs now accrued.

**IT IS SO ORDERED.**

Date:  April 29, 2013   /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge