UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANA BENNETT, ET AL.,                    )
                    Plaintiffs,           )
                                          )        No. 1:10-cv-541
-v-                                       )
                                          )        HONORABLE PAUL L. MALONEY
BIRDS EYE FOODS LLC, and                  )
BIRDS EYE FOODS, INC.,                    )
                    Defendants.           )
_____)

## PARTIAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offer of judgment,

and the acceptance of Plaintiffs Howard and Jacqueline Knight (ECF No. 101), **JUDGMENT** is

entered in favor of Plaintiffs Howard and Jacqueline Knight and against Defendants in the amount

of $5,000.00, including attorney's fees, with costs now accrued.

**IT IS SO ORDERED.**

Date:___April 29, 2013_____            __/s/ Paul L. Maloney_____
                                       Paul L. Maloney
                                       Chief United States District Judge