UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANA BENNETT, ET AL.,<br>　　　Plaintiffs,<br><br>-v-<br><br>BIRDS EYE FOODS LLC, and<br>BIRDS EYE FOODS, INC.,<br>　　　Defendants. | No. 1:10-cv-541<br><br>HONORABLE PAUL L. MALONEY |

### PARTIAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offer of judgment, and the acceptance of Plaintiffs Rose and Joe Ramirez (ECF No. 102), **JUDGMENT** is entered in favor of Plaintiffs Rose and Joe Ramirez and against Defendants in the amount of $1,000.00, including attorney's fees, with costs now accrued.

**IT IS SO ORDERED.**

Date:　April 29, 2013　　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge