UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANA BENNETT, ET AL., ) <br> Plaintiffs, ) <br> ) <br> -v- ) <br> ) <br> BIRDS EYE FOODS LLC, and ) <br> BIRDS EYE FOODS, INC., ) <br> Defendants. ) <br> _____ ) | No. 1:10-cv-541 <br><br> HONORABLE PAUL L. MALONEY |

**PARTIAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offer of judgment, and the acceptance of Plaintiffs Jackie and Mary Giles (ECF No. 103), **JUDGMENT** is entered in favor of Plaintiffs Jackie and Mary Giles and against Defendants in the amount of $1,000.00, including attorney's fees, with costs now accrued.

**IT IS SO ORDERED.**

Date:   April 29, 2013                          /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge