UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANA BENNETT, ET AL.,                    )
        Plaintiffs,                   )
                                    )    No. 1:10-cv-541
-v-                                        )
                                      )    HONORABLE PAUL L. MALONEY
BIRDS EYE FOODS LLC, and                   )
BIRDS EYE FOODS, INC.,                     )
        Defendants.                   )
_____)

## PARTIAL JUDGMENT

      Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offer of judgment,

and the acceptance of Plaintiffs Yolanda and Raul Martinez (ECF No. 104), **JUDGMENT** is entered

in favor of Plaintiffs Yolanda and Raul Martinez and against Defendants in the amount of $100,

including attorney's fees, with costs now accrued.

      **IT IS SO ORDERED.**

Date:   April 29, 2013                         /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge