UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANA BENNETT, ET AL.,<br>   Plaintiffs,<br><br>-v-<br><br>BIRDS EYE FOODS LLC, and<br>BIRDS EYE FOODS, INC.,<br>   Defendants. | No. 1:10-cv-541<br><br>HONORABLE PAUL L. MALONEY |

**PARTIAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' corrected offer of judgment, and the acceptance of Plaintiffs Margaret, Brian, and Elijah Sessions and the estate of Lee Sessions (ECF No. 105), **JUDGMENT** is entered in favor of Plaintiffs Margaret, Brian, and Elijah Sessions and the estate of Lee Sessions and against Defendants in the amount of $100, including attorney's fees, with costs now accrued.

  **IT IS SO ORDERED.**


Date: April 29, 2013           /s/ Paul L. Maloney
                         Paul L. Maloney
                         Chief United States District Judge