UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIANA BENNETT, ET AL.,<br>　　　　Plaintiffs,<br><br>-v-<br><br>BIRDS EYE FOODS LLC, and<br>BIRDS EYE FOODS, INC.,<br>　　　　Defendants. | )<br>)<br>)　　No. 1:10-cv-541<br>)<br>)　　HONORABLE PAUL L. MALONEY<br>)<br>)<br>)<br>) |

## **PARTIAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offer of judgment, and the acceptance of Plaintiff Janet Rybak (ECF No. 121), **JUDGMENT** is entered in favor of Plaintiff Janet Rybak and against Defendants in the amount of $10, including attorney's fees, with costs now accrued.

**IT IS SO ORDERED.**

Date:　May 7, 2013　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge